UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT KEIGWIN,<br><br>                                  Petitioner,<br><br>v.<br><br>J. LIZARRAGA,<br><br>                                  Respondent. | Case No.:  16cv1451 GPC (NLS)<br><br>**REPORT AND RECOMMENDATION FOR ORDER DENYING MOTION FOR STAY AND ABEYANCE AS MOOT**<br><br>[Dkt. No. 3] |

Petitioner Kent Keigwin filed a petition for writ of habeas corpus (Petition) in this court on June 10, 2016.  He also filed a motion for stay and abeyance on that day, asking this court to stay the Petition pending a final decision by the California Supreme Court for unexhausted claims he raised in the Petition.  In the response to the motion for stay and abeyance, Respondent notes that the California Supreme Court issued a decision on July 13, 2016 denying Keigwin's habeas petition filed in that court.  *See* Opp'n, Ex. A.  Respondent notes that the stay and abeyance issue is now moot.

Because the California Supreme Court has now ruled on the issues Keigwin raised, this court **RECOMMENDS** that the district judge **DENY AS MOOT** the motion for stay and abeyance.  This report and recommendation of the undersigned Magistrate Judge is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1).

**IT IS ORDERED** that no later than **August 31, 2016**, any party to this action may file written objections with the court and serve a copy on all parties. The document should be captioned "Objections to Report and Recommendation."

**IT IS FURTHER ORDERED** that any reply to the objections must be filed with the court and served on all parties no later than **September 7, 2016**. The parties are advised that failure to file objections within the specified time may waive the right to raise those objections on appeal of the Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Once the district judge rules on this Report and Recommendation, this court will issue a scheduling order for responding to the Petition.

**IT IS SO ORDERED.**

Dated: August 15, 2016

Hon. Nita L. Stormes
United States Magistrate Judge