UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT KEIGWIN,<br><br>       Petitioner,<br><br>v.<br><br>J. LIZARRAGA,<br><br>       Respondent. | Case No.: 3:16-cv-01451-GPC-NLS<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION; AND**<br><br>**(2) DENYING MOTION FOR STAY AND ABEYANCE AS MOOT**<br><br>**[ECF Nos. 3, 10.]** |

  On June 10, 2016, Petitioner Kent Keigwin ("Petitioner"), a state inmate proceeding *pro se* and *in forma pauperis*, filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2254 challenging his judgment of conviction in the Superior Court of California in San Diego. (Dkt. No. 1.) Petitioner also filed a motion for stay and abeyance on the same day, requesting this Court to stay the Petition pending a final decision by the California Supreme Court for unexhausted claims he raised in the Petition. (Dkt. No. 3.) In the response to the motion for stay and abeyance, Respondent J. Lizarraga ("Respondent") noted that the California Supreme Court issued a decision on July 13, 2016 denying Petitioner's habeas petition filed in that court. (Dkt. No. 9 at 4,

Opp'n, Ex. A.)  Respondent states that accordingly, the stay and abeyance issue is now moot.

Before the Court is a Report and Recommendation ("Report") issued by Magistrate Judge Nita L. Stormes recommending the Court deny as moot the motion for stay and abeyance.  (Dkt. No. 10.)  Neither party has filed objections to the Magistrate Judge's Report.  After a thorough review of the issues and for the reasons set forth below, this Court **ADOPTS** the Magistrate Judge's Report and **DENIES AS MOOT** Petitioner's motion for stay and abeyance.

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's report and recommendation.  The district judge must "make a de novo determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the finding or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989).  But "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no objections were filed, the district court had no obligation to review the magistrate judge's report).  "Neither the Constitution nor the statute requires a district judge to review, *de novo*, findings and recommendations that the parties themselves accept as correct." *Id.*  "When no objections are filed, the *de novo* review is waived." *Marshall v. Astrue*, No. 08cv1735, 2010 WL 841252, at *1 (S.D. Cal. Mar. 10, 2010) (Lorenz, J.) (adopting report in its entirety without review because neither party filed objections to the report despite the opportunity to do so).

In this case, neither party has timely filed objections to the Magistrate Judge's Report.  Consequently, the Court may adopt the Report on the basis that it is unopposed. *See Reyna-Tapia*, 328 F.3d at 1121.  Having reviewed the Report, the Court finds that the

1  Report is well-reasoned and contains no clear error.  The California Supreme Court
2  issued a decision on July 13, 2016 summarily denying Petitioner's habeas petition filed in
3  that court.  (Dkt. No. 9 at 4, Opp'n, Ex. A.)  The stay and abeyance issue is now moot.
4  Accordingly, the Court hereby (1) **ADOPTS** the Magistrate Judge's Report in its entirety,
5  and (2) **DENIES AS MOOT** Petitioner's motion for stay and abeyance.
6      **IT IS SO ORDERED.**

8  Dated:  September 30, 2016

   Hon. Gonzalo P. Curiel
   United States District Judge