UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT KEIGWIN,<br><br>                  Petitioner,<br><br>v.<br><br>J. LIZARRAGA,<br><br>                  Respondent. | Case No.: 16cv1451 GPC (NLS)<br><br>**REPORT AND RECOMMENDATION FOR ORDER GRANTING MOTION TO DISMISS**<br><br>**[Dkt. No. 14]** |

      Petitioner Kent Keigwin, proceeding pro se and in forma pauperis, filed his Petition for Habeas Corpus and motion for stay and abeyance on June 10, 2016.  The court ultimately found that the motion to stay was moot and ordered Respondent to file a response to the Petition.  Respondent filed a motion to dismiss and reported that Mr. Keigwin died on August 8, 2016.  *See* Motion to Dismiss, Ex. A, Keigwin Death Certificate.  The court also notes that all court orders sent to Mr. Keigwin after August 8 have been returned to the court as "undeliverable."  *See* Dkt. Nos. 11, 15, 16.

      Where a habeas petitioner dies while the petition is pending, the petition must be dismissed as moot.  *Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005); *Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003).  Respondent provided proof that Mr. Keigwin died on August 8, 2016.  Therefore, this court **RECOMMENDS** that the motion to dismiss be **GRANTED** and his petition be **DISMISSED as moot**.

1    This report and recommendation of the undersigned Magistrate Judge is submitted
2 to the United States District Judge assigned to this case pursuant to 28 U.S.C. §
3 636(b)(1).   **IT IS ORDERED** that no later than **November 7, 2016**, any party to this
4 action may file written objections with the court and serve a copy on all parties.  The
5 document should be captioned "Objections to Report and Recommendation."
6    **IT IS FURTHER ORDERED** that any reply to the objections must be filed with
7 the court and served on all parties no later than **November 14, 2016**.  The parties are
8 advised that failure to file objections within the specified time may waive the right to
9 raise those objections on appeal of the Court's order.  *Martinez v. Ylst*, 951 F.2d 1153
10 (9th Cir. 1991).
11    **IT IS SO ORDERED.**
12 Dated:  October 24, 2016

Hon. Nita L. Stormes
United States Magistrate Judge